GEORGE T. NEWHALL, Respondent, *v.* WILLIAM H. APPLETON
et al., Appellants.

(Argued December 13, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 1, 1891, which affirmed a judgment in favor
of plaintiff entered upon the report of a referee.

*E. Winslow Paige* for appellants.

*J. Newton Fiero* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

AMASA R. MOORE, Respondent, *v.* THE MANUFACTURERS'
NATIONAL BANK et al., Appellants.

(Argued December 14, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made March 15, 1892, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and affirmed an order denying
a motion for a new trial.

*R. A. Parmenter* for appellants

*Matthew Hale* for respondent.

Agree to affirm on former opinion of this court herein (123
N. Y. 420).
All concur.
Judgment affirmed.